| | |
|---|---|
| Esther Berezofsky, Esquire<br>(Attorney I.D. No. 034291987)<br>**MOTLEY RICE NEW JERSEY LLC**<br>210 Lake Drive East, Suite 101<br>Cherry Hill, NJ 08002<br>Telephone: (856) 382-4667<br>Fax: (856) 667-5133<br>E-mail: eberezofsky@motleyrice.com<br><br>Shana H. Khader (*pro hac vice*)<br>**TYCKO & ZAVAREEI LLP**<br>2000 Pennsylvania Avenue, NW<br>Suite 1010<br>Washington, District of Columbia 20006<br>Telephone: (202) 973-0900<br>E-mail: skhader@tzlegal.com<br><br>*Attorneys for Plaintiffs* | Brett R. Schwartz<br>(Attorney I.D. No. 031251991)<br>**LEBENSFELD SHRON &<br>SCHWARTZ PC**<br>141 West Front Street, Suite 170<br>Red Bank, New Jersey 07701<br>(732) 530-4600<br>lawrence.sharon@lsandspc.com<br><br>*Attorneys for Defendants* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GAYNELA PRICE, ATALANTA PIERRE-LOUIS, and JAMIE DANNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAMS Lunch Room LLC; PCS Revenue Control Systems, Inc., d/b/a PayPAMS; and DOES 1-10,<br><br>Defendants. | Case No. 2:24-cv-10178-MCA-AME<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT THE ASSESSMENT OF ATTORNEYS' FEES AND COSTS** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT THE ASSESSMENT OF ATTORNEYS' FEES AND COSTS

IT IS HEREBY STIPULATED by and between Plaintiffs Gaynela Price a/k/a Gaynella Flaniken Sherice, Atalanta Pierre-Louis, and Jamie Dannelly and Defendants PAMS Lunch Room LLC and PCS Revenue Control Systems, Inc., through their respective undersigned counsel, that the complaint in this action is dismissed with prejudice and without the assessment of attorneys' fees and costs against any party, pursuant to Fed. R. Civ. P. 41(a).

Dated: October 27, 2025

Respectfully submitted,

**MOTLEY RICE NEW JERSEY LLC**

*/s/ Esther Berezofsky*
Esther Berezofsky, Esq.
Attorney Identification #034291987
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
(856) 382-4667
eberezofsky@motleyrice.com

**TYCKO & ZAVAREEI LLP**

Shana H. Khader (*pro hac vice*)
Katherine Aizpuru (*pro hac vice*)
F. Peter Silva II
2000 Pennsylvania Ave. NW
Suite 1010
Washington, DC 20006
(202) 973-0900
skhader@tzlegal.com
kaizpuru@tzlegal.com
psilva@tzlegal.com

Respectfully submitted,

**LEBENSFELD SHARON & SCHWARTZ PC**

*/s/ Brett R. Schwartz*
Brett R. Schwartz
Lawrence J. Sharon
Attorney Identification #031251991
141 West Front Street, Suite 170
Red Bank, New Jersey 07701
(732) 530-4600
lawrence.sharon@lsandspc.com

*Attorneys for Defendants*

**ALMEIDA LAW GROUP**

   Wesley M. Griffith (*pro hac vice*)
   3550 Watt Ave #140
   Sacramento, CA 95821
   (916) 241-3084
   wes@almeidalawgroup.com

*Attorneys for Plaintiffs Gaynela Price, Atalanta Pierre-Louis, and Jamie Dannelly*

SO ORDERED

   *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:   11/5/25

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Joint Stipulation of Dismissal with Prejudice and Without the Assessment of Attorneys' Fees and Costs was filed via the Court's ECF system, which will send Notice to all counsel of record.

Dated: October 27, 2025                         */s/ Esther Berezofsky*
                                                                Esther Berezofsky, Esquire
                                                                **MOTLEY RICE NEW JERSEY LLC**